## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 07-14083-CR-MOORE

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**ALMA LOUVENIA WRIGHT**,

      Defendant(s).

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued January 17, 2008. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Alma Louvenia Wright is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of January, 2008.

**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

Copies Furnished to:

All counsel and pro se parties of record